IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                            :            CASE NO. 11-02228 (ESL)

JAVIER E. FERNANDEZ ESPINOSA          :
NANNETTE DE LOURDES LAFUENTE    :            CHAPTER 7

        Debtors                                   :
_____ :

## OPINION AND ORDER

This case is before the court upon debtors' opposition to the "trustee's sine die continuance and request to deem §341 meeting closed" and the reply thereto by the Chapter 7 trustee. The debtors allege that the decisions by the United States Bankruptcy Appellate Panel for the First Circuit in In re Newman, 428 B.R. 257 (BAP 1st Cir. 2010) and In re Cushing, 401 B.R. 528 (BAP 1st Cir. 2009) support their request. The Chapter 7 trustee replied alleging that the 341 meeting was continued held open and continued *sine die* because there are assets to recover and that the debtors are not harmed by holding the 341 meeting open. For the reasons stated below the debtors' motion is hereby granted.

Section 341(a) of the Bankruptcy Code, 11 U.S.C. § 341(a), requires that a meeting of creditors be convened "{w}ithin a reasonable time after the order for relief." Rule 2003(a) of the Fed. R. Bankr. P. provides the time frame within which a meeting of creditors must be scheduled for each chapter under which a bankruptcy petition may be filed. Rule 2003(e) states that "[t]he meeting may be adjourned from time to time by announcement at the meeting of the adjourned date and time without further written notice." Rule 2003(e) specifically requires that the date and time to which the meeting of creditors is adjourned be announced at the meeting. A chapter 7 trustee may not hold the meeting open indefinitely or *sine die* as such a continuance will unduly prolong the time to object to the debtor's claimed exemptions. In re Newman, 428 B.R. 257 (B.A.P. 1st Cir. 2010). See also In re Cushing, 401 B.R. 528 (B.A.P. 1st Cir. 2009). The 30-day period set forth in Rule 4003(b)(1) for the trustee to object to a debtor's claim of exemptions must be strictly interpreted. In re Kuhnel, 495 F. 3d 1177 (10th Cir. 2007).

Trustees should continue or adjourn a meeting of creditors following Rule 2003(e). The date and time of the adjourned meeting must be specified in the meeting minutes. Otherwise, the

meeting will be deemed closed. In chapter 13 cases, as was the case in In re Cushing, this ruling may operate against the debtor and cause the dismissal of the petition. In chapter 7 cases, as was the case in In re Newman, the debtor may benefit by enforcing the 30-day period to object to exemptions set forth in Rule 4003(b)(1).

In view of the above, the court hereby grants debtor's request to deem the 341 meeting closed.

SO ORDERED.

In San Juan, Puerto Rico, this 17th day of April, 2012.

Enrique S. Lamoutte
United States Bankruptcy Judge